IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ANGEL GRIMES and
ANTONIO ANGELINA GRIMES,

    Plaintiffs,

  v.

ALAMEDA COUNTY SOCIAL
SERVICES/CHILDREN AND
FAMILY SERVICES,

    Defendants.
                                    /

No. C 11-02977 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference.

    **IT IS SO ORDERED.**

Dated: October 7, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE